UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Michael G. Cheney

    v.                              Civil No. 10-cv-202-JD

Alan Drewin

**O R D E R**

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $40 is due no later than June 28, 2010. In addition, 20% of each preceding month's income credited to plaintiff's account shall be remitted by the Carroll County Department of Corrections when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for in forma pauperis has been granted.

    SO ORDERED.

                                      /s/ James R. Muirhead
                                      James R. Muirhead
                                      United States Magistrate Judge

Date: May 28, 2010

cc:    Michael G. Cheney, *pro se*
        Bonnie S. Reed, Financial Administrator
        Carroll County Department of Corrections, Inmate Accounts