UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Michael G. Cheney

    v.                                   Civil No. 10-cv-202-JD

Carroll County House
of Corrections et al.

**O R D E R**

    Pending before the court is pro se plaintiff Michael G. Cheney's Motion for Consideration and Approval (doc. no. 5), in which Cheney seeks an order directing defendant Carroll County House of Corrections to allow him to undergo a polygraph test in jail, at his own expense, to generate results that he intends to use in this case and in criminal proceedings in state court. That motion (doc. no. 5) is denied as moot, as I have recommended dismissal of the underlying claim in a Report and Recommendation issued this date. Denial of the motion is without prejudice to refiling if the Report and Recommendation is not accepted.

    **SO ORDERED.**

                                                _____
                                                Landya B. McCafferty
                                                United States Magistrate Judge

Date:  July 19, 2010

cc:  Michael G. Cheney, pro se